UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-280RAJ |
| Plaintiff, | |
| v. | |
| | FINAL ORDER OF FORFEITURE |
| BENJAMIN HOGAN, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1.     One Acer Aspire laptop computer;

2.     One HTC One M9 cell phone; and

3.     Any and all images of child pornography, in whatever format and however stored.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- In the plea agreement that the Defendant, Benjamin Hogan, entered on November 7, 2017, he agreed to forfeit his interest in the above-listed property (Dkt. No. 28 ¶ 7);

- On January 11, 2018, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable and forfeiting the Defendant's interest in it (Dkt. No. 34);

- The United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 43) and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Christiansen in Support of Motion for Entry of a Final Order of Forfeiture, ¶¶ 2–3, Ex. A); and

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Homeland Security, and/or its representatives, are authorized to dispose of the above-listed property in accordance with the law.

DATED this 5th day of April, 2018.

_Richard A Jones_

The Honorable Richard A. Jones
United States District Judge